STUART SIMONE (SBN: 269830)
Gomez & Simone APLC
3055 Wilshire Blvd., Suite 550
Los Angeles, CA 90010
855-219-3333
Fax: 818-574-6730
Email: info@gomezsimonelaw.com

Attorney for Debtor,
Juan Rosas

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>JUAN C. ROSAS,<br><br>Debtor. | CASE No.: 2:18-bk-13453-SK<br><br>Chapter 13<br><br>**COUNTER DECLARATION OF ATTORNEY FOR DEBTOR RE: DEUTSCHE BANK NATIONAL TRUST COMPANY DECLARATION ON DEFAULT UNDER ADEQUATE PROTECTION ORDER**<br><br>Confirmation Hearing<br>Date: 12/13/2018<br>Time: 10:00 AM<br>Location: 255 E. Temple St., Los Angeles, CA 90012<br>Crtrm: 1575 |

1

DECLARATION OF STUART SIMONE

I, Stuart Simone, declare as follows:

1. If called as a witness, I could and would competently testify to the following facts which are within my personal knowledge.

2. I am an attorney duly licensed to practice law in the State of California and before the United States Bankruptcy Court and am counsel for Debtor, Juan Rosas, (hereinafter refenced as "Debtor"), in the instant Chapter 13 bankruptcy case filed on March 28, 2018, case no 2:18-bk-13453-SK.

3. Debtor entered into an Adequate Protection agreement (*see* docket no. 30) on or about October 19, 2018, with the second deed of trust Deutsche Bank National Trust Company, (hereinafter referenced as "2nd DOT").

4. Per the APO agreement the Debtor was to tender a good faith payment of $1,500.00 by October 24, 2018; resume monthly installments of $971.26 due by November 1, 2018; and issue the APO payment of $491.35 from November 15, 2018 and through January 15, 2019.

5. Debtor issued the $1,500.00 on or about October 22, 2018, to 2nd DOT. Attached hereto as Exhibit "1" and incorporated herein are true and correct copies of the sent U.S. Postal Service money order.

6. On or about November 4, 2018, my office received correspondence from the 2nd DOT's attorney's office indicating that the Debtor was in default as he had failed to pay $1,000.00. The letter does acknowledge payment of $500.00. Attached hereto as Exhibit "2" and incorporated herein is a true and correct copy of the correspondence received on or about November 4, 2018.

7. Debtor sent both payments of $1500.00 together in the same correspondence to 2nd DOT. Debtor does not agree with the APO default declaration.

8. Debtor has submitted a money order inquiry with the U.S. Postal Service on or about November 26, 2018. Attached hereto as Exhibit "3" and incorporated herein is a true and correct copy of Debtor's money order inquiry.

9. On or about November 27, 2018, Debtor received correspondence form the U.S. Postal Service re his money order inquiry. Per the U.S. Postal Service correspondence, the money order will not be available for replacement until 60 days from the date of purchase, if the money order was in fact cashed, they will provide him with that information as it becomes available. Attached hereto as Exhibit "4" and incorporate herein is a true and correct copy of the received correspondence from the U.S. Postal Service.

10. Debtor issued both his regular mortgage payments for November 2018 and December 2018 that have come due on the APO terms. Attached hereto as Exhibit "5" and incorporated herein are true and correct copies of the issued November 2018 and December 2018 mortgage payments to 2nd DOT.

11. Lastly, Debtor has issued his payment due on 11/15/2018 in the amount of $491.35 per the APO terms. Attached hereto as Exhibit "6" and incorporated herein is a true and correct copy of the sent payment to 2nd DOT of $491.35.

12. With the above said the Debtor, through his attorney, contest the declaration re default on the APO agreement.

I declare under penalty of perjury that the forgoing is true and correct under the laws of the State of California and United States of America and that this declaration was executed in Cerritos, California, on this _12th_ day December 2018.

By:       _/s/ Stuart Simone_____
          Stuart Simone
          Attorney for Debtor

# EXHIBIT "1"

10/31/2018



# EXHIBIT "2"



# THE LAW OFFICES OF MICHELLE GHIDOTTI

November 2, 2018

OUR FILE NUMBER:
7501-0104

***Via U.S. Mail and Electronic Mail***
*Stuart R Simone*
*Gomez & Simone APLC*
*3055 Wilshire Blvd., Suite 550*
*Los Angeles, CA 90010*
*855-219-3333*
*Email: info@gomezsimonelaw.com*

Re:     *Mr. Juan C Rosas (the "**Debtors**"); Failure to Tender Payments per the Adequate*
*Protection Order; Loan No.: 0002309293 (the "**Loan**"); 7931 Lynda Ln., Bell*
*Gardens CA 90201;("**Property**")*

Dear Mr. Simone:

As you are aware we represent Deutsche Bank national Trust Company as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and assigns ("Creditor"). The purpose of this letter is to notify you of a default under the Adequate Protection Order entered on October 19, 2018 (the "Order"). A copy of the Order is enclosed herewith for your reference.

Pursuant to the terms of the Adequate Protection Order ("APO"), the Debtors were required to maintain current on all post-petition monthly mortgage payments commencing November 1, 2018 and continuing the 1st day of each subsequent month to Creditor. Additionally the debtors were required to make one (1) payment in the amount of $1,500.00 no later than October 24, 2018. Additionally debtors were to cure the remaining post-petition arrears over three (3) monthly payment of $491.35, beginning November 1, 2018 and continuing until January 1, 2019.

Our client has informed us that as of today, the Debtor has defaulted under the terms of the APO by failing to submit the entire October 24 payment

The default is calculated as follows:

| | | |
|---|---|---|
| 10/24 down payment @ 1500 | = | $1,500 |
| Less funds received | = | $500 |

**Total Monthly Mortgage Default:**                    **$1,000**

1920 Old Tustin • Santa Ana, CA 92705
Phone: (949) 427-2010 • Fax: (949) 427-2732
www.ghidottilaw.com

Mr. Stuart R Simone
November 2, 2018
Page 2

| | |
|---|---|
| Attorneys fees | $150.00 |
| Total Default: | **$1,150.00** |

As set forth in the APO at Paragraph 4, this letter shall constitute the 14 day written notice required under the terms of the APO. If payment is not received by our client on or before **November 16, 2018**, we will lodge an order seeking to have the automatic stay lifted.

If you have any questions, please call the undersigned.

Best Regards,

THE LAW OFFICES OF MICHELLE GHIDOTTI

Adam Thursby, Esq.

Encls.

CC:    Juan C Rosas
7931 Lynda Ln
Bell Gardens, CA 90201

# EXHIBIT "3"


**UNITED STATES POSTAL SERVICE ®**

**Money Order Inquiry**

**(Please Use Black Ink ONLY and Print Within the Boxes.)**

Inquiry may be filed at any Post Office™ any time after the purchase of the money order. Use one form per money order serial number. A separate form and fee are required for each money order inquiry. To obtain a copy of a cashed money order or to receive a refund, complete ALL blocks in this section, provide a signature, and present the customer receipt to the Post Office for verification. A refund will be issued no sooner than 60 days from the money order issue date provided the money order has not been cashed.

Money Order Serial No. *(As shown on original receipt)*
2 4 6 3 9 0 6 5 5 7 2

Date on Original Receipt *(MM-DD-YYYY)*
1 0 2 2 2 0 1 8

Post Office No. *(As shown on original receipt)*

Money Order Amount
1 0 0 0.

Purchaser's First Name *(Not for Bank Use)*   MI   Purchaser's Last Name
Juan   C   Rosas

Bank Use or Post Office Only *(Bank/Financial Institution Name or Post Office)*

Mailing Address *(For mailing refund, correspondence, or copies)*   Apt. or Suite No.
7931   Lynda   Ln.

City   State
Bell   Gardens   CA

ZIP+4®   Country *(If applicable)*
90201

Telephone No. *(Include area code)*   International Telephone No. *(If applicable)*
323 8029073   0 1 1

ABA No. - Bank Use Required   Reference No. - Bank or Post Office Use Only

**Certification and Signature**
I understand that anyone who furnishes false or misleading information on this form may be subject to criminal sanctions *(Including fines and imprisonment)* and/or civil sanctions *(including multiple damages and civil penalties)*. I agree to repay the Postal Service™, upon demand, the amount of the refund if the designated payee, purchaser, or financial institution cashes the original money order. The rights and remedies set forth in 18 USC 287, 18 USC 1001, and 31 USC 3802 shall be incorporated as if fully set forth.

Signature of Customer Filing the Money Order Inquiry   For Postal Use Only
9 9 9 9 9 9 9 9 9
Date Signed *(MM-DD-YYYY)*

**Privacy Act statement:** Your information will be used to respond to your request. Collection is authorized by 39 USC 401, 403, and 404; 31 USC 5318, 5325, and 5331. Providing the information is voluntary, but if not provided, we may not process your transaction. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a US Postal Service auditor; to entities, including law enforcement, as required by law including anti-money laundering statutes and regulations, or in legal proceedings; and to contractors and other entities aiding us to fulfill the service (service providers). For more information regarding our privacy policy visit us at usps.com.

**POST OFFICE: AFFIX STAMPS OR METER STRIP HERE**

Mail to:   USPS SCANNING AND IMAGING CENTER

After an inquiry has been filed, you may obtain status by calling our toll-free number 1-866-974-2733.

***This Area Is for Official Use Only***
By presence of this signature, I have verified the customer receipt presented by the purchaser.

Customer's Photo ID No.   7152
ID Type: e.g., Drivers License or State Issued ID, Military ID, Alien Registration, Passport   DL

Finance No. of Accepting Office   ZIP Code™   Telephone No. *(include area code)*
0545410023   90023   323 268 0806

No-Fee Money Order Serial No. *(If applicable)*   Date *(MM-DD-YYYY)*   Amount
2 4 6 3 9 0 6 5 5 7 2   10 22 2018   1000 00

Post Office ID   Signature of Postal Service Employee   Date Inquiry Filed *(MM-DD-YYYY)*
90023 1   11 26 2018

PS Form **6401**, January 2010 PSN: 7530-02-000-9536 *(Page 1 of 2)*



```
===================================
              LUGO
          3641 E 8TH ST
          LOS ANGELES
              CA
          90023-9998
          0545410023
11/26/2018   (800)275-8777   4:14 PM
===================================

Product              Sale     Final
Description          Qty      Price

Lobby                         $5.95
Services Rev
   (MO#:24639065572)
   (Description:Money Order Inquiry)

Total                         $5.95

Cash                         $20.00
Change                      ($14.05)


         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

             Go to:
      https://postalexperience.com/Pos

   840-5900-0026-003-00019-79404-01

      or scan this code with
      your mobile devise:
```



```
      or call 1-800-410-7420.

      YOUR OPINION COUNTS



Bill #:  840-59000026-3-1979404-1
Clerk:   11
```

# EXHIBIT "4"

GENERAL ACCOUNTING
SAINT LOUIS MO, 63180-9400


**UNITED STATES POSTAL SERVICE**

|I|II|I|II|I|II|I|II|II|II|II|II|II|II|II|II|II|II|II|II|II|II|II|II|                    November 27, 2018
JUAN C ROSAS
7931 LYNDA LN
BELL GARDENS CA 90201-5416

Subject:     Serial Number:   2463906557
                Inquiry ID:   3290788
                   Amount:   $1,000.00
               Entry Date:   November 26, 2018

Dear Mr./Ms. rosas,

This is an acknowledgement of the receipt of your inquiry.

Since a U.S. Postal Money Order is not eligible for replacement until 60
days from the date of issue, please do not expect a refund until after
the 60th day.

Please note, international money orders are not eligible for replacement
until 180 days from the date of issue.

If our records indicate that the money order was cashed, we will provide
you with that information, as it becomes available.

Please keep this letter for your reference.  If there are any questions,
please contact your local post office.

Sincerely,

Manager, General Accounting Branch

ST LOUIS ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
P.O. Box 80453
ST LOUIS MO  63180
TEL. (866) 974-2733

# EXHIBIT "5"

UNITED STATES
POSTAL SERVICE

# CUSTOMER'S RECEIPT

| | | |
|---|---|---|
| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to Franklin Credit Managament Corporation Address PO Box 899629 Philadelphia PA 19182 | KEEP THIS RECEIPT FOR YOUR RECORDS |

Serial Number **24389799480**  Year, Month, Date 2018-10-31  Post Office 900231  Amount $971.26  Clerk 06

```
=======================
          LUGO
       3641 E 8TH ST
       LOS ANGELES
           CA
         90023-9998
        0545410023
10/31/2018   (800)275-8777   1:03 PM
- - - - - - - - - - - - - - - - - - - -

Product                Sale     Final
Description            Qty      Price

Dom M.O. -                     $971.26
 Value
  (Serial#:24389799480)
 Dom M.O. Fee                    $1.65
-----------------------
Total                          $972.91
-----------------------
Cash                           $980.00
Change                         ($7.09)

         Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com


  All sales final on stamps and postage
  Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

            Go to:
   https://postalexperience.com/Pos

   840-5900-0026-002-00011-61799-01

      or scan this code with
       your mobile device:
```



```
     or call 1-800-410-7420.

      YOUR OPINION COUNTS
```

```
=======================
          LUGO
       3641 E 8TH ST
       LOS ANGELES
           CA
         90023-9998
        0545410023
10/31/2018   (800)275-8777   2:22 PM
=======================

Product                Sale     Final
Description            Qty      Price

PM Exp 1-Day            1       $24.70
Flat Rate Env
  (Domestic)
  (PHILADELPHIA, PA  19182)
  (Flat Rate)
  (Signature Waiver)
  (Scheduled Delivery Date)
  (Thursday 11/01/2018 12:00 PM)
  (Money Back Guarantee)
  (USPS Tracking #)
  (EE375836152US)
                       1        $0.00
Insurance
  (Up to $100.00 included)
-----------------------
Total                          $24.70
-----------------------
Cash                           $30.00
Change                         ($5.30)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

        Preview your Mail
       Track your Packages
       Sign up for FREE @
      www.informeddelivery.com


  All sales final on stamps and postage
  Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

            Go to:
   https://postalexperience.com/Pos

   840-5900-0026-001-00012-23478-02

      or scan this code with
       your mobile device:
```



# CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to Franklin Credit Management Corp.

Address PO Box 829629
Philadelphia PA 19182

Year, Month, Day 2018-12-10  Post Office 90023  Amount $971.26  Clerk 11

NOT NEGOTIABLE

Serial Number 24639080038

24639080038

# POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE ®

2018-12-10   90023   Amount $971.26

U.S. Dollars and Cents $971.26 ****

Nine Hundred Seventy One Dollars and 26/100 ****

From Juan Carlos Rocha
Address 7931 Lynda Ln
Bell Gardens CA 90201

Clerk 11

SERVICE

Serial Number 24639080038

Pay to Franklin Credit Management
Address PO Box 829629
Philadelphia PA 19182

Memo Account # 0002306293

24639080038

:000008002:





```
                    3641 E 8TH ST
                    LOS ANGELES
                         CA
                    90023-9998
                    0545410023
    12/10/2018    (800)275-8777   1:02 PM
    ===========================================
    ===========================================
    Product              Sale      Final
    Description          Qty       Price

    PM Exp 1-Day          1        $24.70
    Flat Rate Env
        (Domestic)
        (PHILADELPHIA, PA   19182)
        (Flat Rate)
        (Signature Waiver)
        (Scheduled Delivery Date)
        (Tuesday 12/11/2018 12:00 PM)
        (Money Back Guarantee)
        (USPS Tracking #)
        (EE375836705US)
    PM Exp                1        $0.00
    Insurance
        (Up to $100.00 included)
    _____
    Total                          $24.70

    Cash                           $40.00
    Change                        ($15.30)

    Includes up to $100 insurance

    Save this receipt as evidence of
    insurance. For information on filing
    an insurance claim go to
    https://www.usps.com/help/claims.htm
```

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-



EE 375 836 682 U
Priority Mail Express tracking num

# EXHIBIT "6"

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT
NEGOTIABLE**

Serial Number
24639080027

Pay to Franklin Credit Management Cor

Address PO Box 829629
Philadelphia PA 19182

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Year, Month 2018-12-10  Post Office 90023 Amount $491.35  Clerk 11

**POSTAL MONEY ORDER**

2018-12-10        9008290ine

U.S. Dollars and Cents
**$491.35**
Four Hundred Ninety One Dollars and 35/100 ********

Clerk 11

UNITED STATES
POSTAL SERVICE

Serial Number
24639080027

Pay to Franklin Credit Management Corporation

Address PO Box 829629
Philadelphia PA 19182

From Juan Carlos Flores
7931 Lynda Ln
Bell Gardens CA 90201

Account # 0006230923

24639080027

:00000800 2:

LUGO
3041 E 8TH ST
LOS ANGELES
CA
90023-0908
0545410029
12/10/2018   (800)275-8777   1:13 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM Exp 1-Day Flat Rate Env (Domestic) (PHILADELPHIA, PA 19182) (Flat Rate) (Signature Waiver) (Scheduled Delivery Date) (Tuesday 12/11/2018 12:00 PM) (Money Back Guarantee) (USPS Tracking #) (EE375836682US) | 1 | $24.70 |
| PM Exp Insurance (Up to $100.00 Included) | 1 | $0.00 |

| Total | $24.70 |
|---|---|
| Cash | $25.00 |
| Change | ($0.30) |

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-2



EE 375 836 705 US

Priority Mail Express tracking numb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3055 Wilhsire Blvd., Ste. 550, Los Angeles, Ca 90010**

A true and correct copy of the foregoing document entitled (*specify*): __**Counter Dec re: Deutsche Bank National Trust Company Dec re APO Default**_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____12/12/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Deutsche Bank National Trust Company represented by** The Law Offices of Michelle Ghidotti kzilberstein@ghidottilaw.com; Chapter 13 Trustee Kathy Dockery EFiling@LATrustee.com; and OUST ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __12/12/2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Bankruptcy Court**
**Hon. Sandra Klein**
**255 E Temple St., Ste. 1582**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/12/2018 | Judith Valenzuela | /s/ Judith Valenzuela |
| Date | Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**